UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Matthew White**

        Appellant

                  CIVIL ACTION

V.

                  NO. 1:22-11661-GAO

**Bradley Davidson**

        Appellee

**ORDER OF DISMISSAL**

O'TOOLE, D. J.

    In accordance with the Court's ORDER (Dkt. No. 23) dated February 14, 2024, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                                  By the Court,

2/14/2024                                        /s/ Flaviana de Oliveira
Date                                              Deputy Clerk